Glenn R. Kantor, Esq. - SBN 122643
E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm, Esq. – SBN 248983
E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
TAMERA SARAGOSA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – Eastern Division

| | |
|---|---|
| TAMERA SARAGOSA,<br><br>    Plaintiff,<br><br>VS.<br><br>ANTHEM LIFE AND DISABILITY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO: EDCV 12-02119 VAP (SPx)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: September 03, 2013

*Virginia A. Phillips*

U.S. District Court Judge

[PROPOSED] ORDER FOR DISMISSAL